NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GERAWAN FARMING, INC.,**
**a California corporation,**
*Plaintiff-Appellant,*

v.

**REHRIG PACIFIC COMPANY,**
**a Delaware corporation,**
*Defendant-Appellee.*

---

2014-1264, -1290

---

Appeals from the United States District Court for the Eastern District of California in No. 1:11-cv-01273-LJO-BAM, Judge Lawrence J. O'Neill.

---

## JUDGMENT

---

JILL M. PIETRINI, Sheppard, Mullin, Richter & Hampton LLP, of Los Angeles, California, argued for the plaintiff-appellant.  With her on the brief were JAMES E. CURRY and MICHAEL MURPHY.

SCOTT B. LIEBERMAN, Slater Hersey & Lieberman LLP, of Irvine, California, argued for defendant-appellee.

With him on the brief were MARK K. SLATER, JONATHAN P. HERSEY, and NEIL J. COOPER.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


  December 10, 2014         /s/ Daniel E. O'Toole
           Date              Daniel E. O'Toole
                               Clerk of Court